# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Daniel Alexander Serrano Hernandez,<br>a.k.a.: Daniel Alexa Serrano-Hernandez,<br>a.k.a.: Daniel Alexander Serrano-Hernandez,<br>(A 087 621 251)<br>*Defendant* | Case No. 16-509 MJ |

*[handwritten: pot 10/13/14]*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 9, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Daniel Alexander Serrano Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Dallas, Texas, on or about July 15, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 14, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 9, 2016, Daniel Alexander Serrano Hernandez was arrested by the Peoria Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Serrano Hernandez was examined by ICE Officer J. Claudio who determined Serrano Hernandez to be a citizen of Honduras, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 13, 2016, Serrano Hernandez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Serrano Hernandez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Daniel Alexander Serrano Hernandez to be a citizen of Honduras and a previously deported alien. Serrano Hernandez was removed from the United States to Honduras through Dallas, Texas, on or about July 15, 2015, pursuant to the reinstatement of an order of removal issued by an immigration official.

1

There is no record of Serrano Hernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Serrano Hernandez's immigration history was matched to him by electronic fingerprint comparison.

4. On October 13, 2016, Daniel Alexander Serrano Hernandez was advised of his constitutional rights. Serrano Hernandez freely and willingly agreed to provide a statement under oath. Serrano Hernandez stated that his true and complete name is Daniel Alexander Serrano Hernandez and that he is a citizen of Honduras. Serrano Hernandez stated that he illegally entered the United States on September 5, 2016, through Sonoita, without inspection by an immigration officer. Serrano Hernandez further stated that he had been removed from the United States to Honduras and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 9, 2016, Daniel Alexander Serrano Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Dallas, Texas, on or about July 15, 2015, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 14th day of October, 2016.

Michelle H. Burns,
United States Magistrate Judge